**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Lucrecious Towers

                      Plaintiff,

v.                                                       Case No.: 1:17−cv−07481
                                                        Honorable John Z. Lee

Jacqueline Lashbrook

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 6, 2019:

      MINUTE entry before the Honorable John Z. Lee:The Court appoints Thomas Otman Kuhns, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654, (312)862−2000, tkuhns@kirkland.com to represent the Plaintiff. A status hearing is set for 11/7/19 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.