# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Lucrecious Towers

                Plaintiff,

v.                                      Case No.: 1:17–cv–07481
                                                Honorable John Z. Lee

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

    MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 3/4/20. For the reasons stated on the record, the joint motion to compel production of withheld documents [36] is granted. Petitioner should send an authorization letter to the Public Defender's Office today; a copy of the documents at issue should be provided to the Judge by 3/10/20. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.